IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
Northern Division

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

                              Civil Action No.: JFM 00-CV 2933

FERNANDA SMITH, *et al.*,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

MR. CLERK:

In light of the scheduling conference before Judge Motz and his Order of February 21, 2001, the parties hereto have agreed to permit Defendant Randolph Butler to have until Friday, March 9, 2001 to file any Reply Brief to the pending Motion to Dismiss or for Summary Judgment and any Opposition thereto.

                                          John M. Seeberger #05038
                                          Law Offices of John M. Seeberger, P.A.
                                          218 East Lexington Street, Suite 700
                                          Baltimore, Maryland 21201
                                          (410) 385-5500

                                          Attorney for Defendant, Randolph A. Butler

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of February, 2001, I caused a copy of the foregoing Defendant Randolph A. Butler's Line to be served upon the following via facsimile

and first-class mail, postage pre-paid Scott H. Phillips, Esquire, J. Snowden Stanley, Jr., Esquire, Semmes, Bowen & Semmes, 250 W. Pratt Street, Baltimore, Maryland 21201, Counsel for Metropolitan Life Insurance Company; and John Koenig, Jr., Esquire, P.O. Box 6364, 3565 Ellicott Mills Drive, Ellicott City, Maryland 21043, attorney for Fernanda Smith, Patsy D. Butler-York, Sharon David, Frederick C. Butler, Stephanie Butler and Peggy Newman.

_____
John M. Seeberger

(Butler/Butler10.Line)