IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

METROPOLITAN LIFE
INSURANCE COMPANY
    Plaintiff(s)

vs.

FERNANDA SMITH, ET AL.
    Defendant(s)

Civil Action No.: JFM-00-2933

******

ORDER

The parties having reached a settlement in this case and one of the terms of the settlement agreement being that the monies previously deposited by Metropolitan Life Insurance Company in the registry of the court be returned to Metropolitan Life with accrued interest, it is, this 24th day of April 2001

ORDERED that the Clerk is directed to immediately refund to Metropolitan Life Insurance Company the monies it placed in the registry of the court at the outset of this action with accrued interest.

J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)