IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

METROPOLITAN LIFE INSURANCE  *
COMPANY
                             *
    Plaintiff
                             *   Civil Action No. JFM-00-CV-2933
v.
                             *
FERNANDA SMITH, et al.
                             *
    Defendants
                             *

### **ORDER**

UPON CONSIDERATION OF Metropolitan Life Insurance Company's Motion for Default Judgment as against Defendants Sharon David, Frederick C. Butler, Jr., and Stephanie Butler, and any opposition thereto, it is this _10_ day of _May_, 2001,

ORDERED that the motion be and hereby is GRANTED, and it is

FURTHER ORDERED that these Defendants are permanently enjoined and restrained from prosecuting, instituting or maintaining any claim or action against Metropolitan Life Insurance Company or the General Motors Life and Disability Benefits Program ("the Plan") in any state or federal court or any other forum on account of any claim or potential claim arising from the proceeds of the policy issued to the Plan payable as a result of the death of Frederick C. Butler, Sr.

_____
Judge, United States District Court
for the District of Maryland